UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NATURAL RESOURCES DEFENSE
COUNCIL, CENTER FOR
BIOLOGICAL DIVERSITY,
NATIONAL PARKS
CONSERVATION ASSOCIATION,
CONSERVANCY OF SOUTHWEST
FLORIDA, EARTHWORKS and
SOUTH FLORIDA WILDLANDS
ASSOCIATION,

      Plaintiffs,

v.                                      Case No: 2:16-cv-585-FtM-99CM

NATIONAL PARK SERVICE,
SALLY JEWELL, JONATHAN B.
JARVIS, STAN AUSTIN,
BURNETT OIL CO., INC.,
BARRON COLLIER COMPANY
LTD, COLLIER ENTERPRISES
MGMT, INC., COLLIER
RESOURCES COMPANY LLP,
DANIEL M. ASHE and U.S. FISH
AND WILDLIFE SERVICE,

      Defendants.

## ORDER

This matter comes before the Court upon review of the Unopposed Joint Motion to Set Schedule for Administrative Record (Doc. 67) filed on December 15, 2016. Plaintiffs and Defendants National Park Service, Sally Jewell, Jonathan B. Jarvis, Stan Austin, U.S. Fish and Wildlife Service, and Daniel M. Ashe seek the Court to enter a scheduling order regarding the administrative record and provide proposed deadlines. Doc. 67. Defendants Burnett Oil Co., Inc., Barron Collier Company,

LTD., Collier Enterprises Management, Inc., and Collier Resources Company, LLP do not oppose the requested relief.  *Id.* at 1.

ACCORDINGLY, it is hereby

**ORDERED:**

1. The Unopposed Joint Motion to Set Schedule for Administrative Record (Doc. 67) is **GRANTED**.

2. Defendants National Park Service, Sally Jewell, Jonathan B. Jarvis, Stan Austin, U.S. Fish and Wildlife Service, and Daniel M. Ashe shall have up to and including **December 16, 2016** to produce the Fish and Wildlife Service's administrative record associated with Plaintiffs' Endangered Species Act Claims.

3. Any party that wishes to challenge the contents of the administrative record shall have up to and including **January 13, 2017** to initiate the meet-and-confer process.

4. Defendants National Park Service, Sally Jewell, Jonathan B. Jarvis, Stan Austin, U.S. Fish and Wildlife Service, and Daniel M. Ashe shall have up to and including **January 20, 2017** to file a supplement to the administrative record, including any additions resulting from the meet-and-confer process.

5. The parties shall have up to and including **January 27, 2017** to file a motion challenging the contents of the administrative record.

6. The parties shall have up to and including **February 10, 2017** to file oppositions to a motion challenging the contents of the administrative record.

- 3 -

**DONE** and **ORDERED** in Fort Myers, Florida on this 16th day of December, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record